UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL DALE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SMITHS AEROSPACE, LLC, a Delaware corporation,<br><br>　　　Defendants. | NO.  CV-08-3053-RHW<br><br>ORDER OF DISMISSAL |

　　On April 24, 2009, the parties stipulated to the dismissal of this case with prejudice and without costs or fees assessed to either party. (Ct. Rec. 22.) Accordingly,

　　**IT IS ORDERED** that the case is dismissed with prejudice and without attorney fees or costs assessed to either party.

　　**IT IS FURTHER ORDERED** that, notwithstanding the court's dismissal of the underlying claims, the court, pursuant to the parties' agreement, retains jurisdiction to enforce the parties' settlement agreement entitled "Separation Agreement & Release."

　　The District Court Executive is directed to enter this Order and forward copies to counsel and to the parties.

　　**DATED** this 12th day of June, 2009.

　　　　　　　　　　　　　　　　　　s/James P. Hutton

　　　　　　　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER OF DISMISSAL - 1